UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BARBARA RIVARD-CROOK, et al.,<br><br>                      Plaintiffs,<br><br>     v.<br><br>ACCELERATED PAYMENT TECHNOLOGIES, INC.,<br><br>                      Defendant. | Case No. 2:10-cv-02215-MMD-GWF<br>Consolidated with:<br>2:11-cv-00986-MMD-GWF<br>2:12-cv-00003-MMD-GWF<br>2:12-cv-00776-MMD-GWF<br><br>ORDER |

Before the Court are the parties' applications for a status check as to the disposition of Defendant's Motion for Partial Summary Judgment on Plaintiffs' Claims for Post-Termination Commissions (dkt. no. 138), and Plaintiff's Motion to Complete Discovery Pursuant to Fed.R. Civ. P.56(d) (dkt. no. 147) (which was part of Plaintiff's response to Defendant's Motion), pursuant to Local Rule 7-6(b). (Dkt. nos. 181 and 182.) The Defendant's Motion for Partial Summary Judgment was filed on April 26, 2013, and was ripe and fully submitted to the Court on July 11, 2013. The Court is working on motions submitted before August 31, 2013, and will be moving through them chronologically. These Motions do not fall within the category that requires expedited disposition and will therefore be decided in the order of pending motions in civil cases. Oral argument will be scheduled if the Court determines argument is necessary.

DATED THIS 5th day of November 2013.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE