# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BARBARA RIVARD-CROOK; *et al.*, | Case No. 2:10-cv-02215-MMD-GWF |
| Plaintiffs, | **Consolidated with:** <br> 2:11-cv-00986-MMD-GWF <br> 2:12-cv-00003-MMD-GWF |
| vs. | 2:12-cv-00776-MMD-GWF |
| ACCELERATED PAYMENT TECHNOLOGIES, INC., | **ORDER** |
| Defendant. | Ex Parte Motion to Remove Counsel of Record (#203) |

This matter comes before the Court on Plaintiffs' Ex Parte Motion to Remove Counsel of Record (#203) filed on March 25, 2014. Mr. Charles Robert Peterson, Esq., represents that Lance W. Johns and Madeline L. DiCicco, attorneys with the law firm Johns & Durrant LLP, no longer represent Plaintiffs Todd Grant, Steve Gautier, Terry Conners, Neil Maglaya, Ryan Brennan, and Larry Bright in this matter. Thus, Plaintiffs request that Mr. Johns' and Ms. DiCicco's names be removed as counsel of record for the aforementioned Plaintiffs.

The Court finds the movant substantially establishes good cause for the withdrawal. Attorneys Charles Robert Peterson and Neil B. Durrant will continue to represent the named Plaintiffs. Furthermore, under Local Rule 7-2(d), the failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion. The time to oppose the instant Motion has expired, and no opposition has been filed. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs' Ex Parte Motion to Remove Counsel of Record (#203) is **granted**.

DATED this 1st day of April, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge