# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BARBARA RIVARD-CROOK; *et al.*,<br><br>              Plaintiffs,<br><br>vs.<br><br>ACCELERATED PAYMENT TECHNOLOGIES, INC.,<br><br>              Defendant. | Case No.  2:10-cv-02215-MMD-GWF<br>**Consolidated with:**<br>2:11-cv-00986-MMD-GWF<br>2:12-cv-00003-MMD-GWF<br>2:12-cv-00776-MMD-GWF<br><br>**ORDER** |

This matter is before the Court on the Joint Motion for Reconsideration and for Extension of Dispositive Motion Deadline (#240) filed November 24, 2014.  Upon review and consideration,

**IT IS HEREBY ORDERED** that Joint Motion for Reconsideration and for Extension of Dispositive Motion Deadline (#240) is **granted**.  The last date to file dispositive motions is **January 12, 2015**.

DATED this 25th day of November, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge