NEIL B. DURRANT, ESQ.
(Nevada Bar No. 7324)
C. ROBERT PETERSON, ESQ.
(Nevada Bar No. 11680)
WEIL & DRAGE, APC
2500 Anthem Village Drive
Henderson, Nevada 89052
(702) 314-1905 • Fax (702) 314-1909
ndurrant@weildrage.com
bpeterson@weildrage.com
Attorneys for Third-Party Defendant,
Consolidated Plaintiffs

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BARBARA RIVARD-CROOK; BILL CROOK; RAMON CORONA; MONIQUE DECHAINE; CHARLES DRAKE, JR.; LENORA HAYES; RISA HERRERA; NATE IMAHARA; ERIKA KNAPP; SANDRA LAUE; JOHN LAWRENCE; ARCELIA MALDONADO; KELLY STEVENS; RICK WRIGHT<br><br>Plaintiffs,<br><br>vs.<br><br>ACCELERATED PAYMENT TECHNOLOGIES, INC., a Delaware Corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:10-CV-02215-MMD-GWF<br><br>**STIPULATION TO CONTINUE REPLY DEADLINE**<br><br>Consolidated with Case Nos.:<br><br>2:11-cv-00986 (Granat)<br>2:12-cv-00003 (Gautier)<br>2:12-cv-00776 (Conners)<br>2:13-cv-00187 (Bright)<br><br>(***Eighth Request***) |

The parties, by and through their respective counsel of record, do hereby stipulate to extend time for Plaintiffs to file their replies in support of their Joint Motions for Summary Judgment and Motion for Modification and/or Clarification filed March 23, 2015 (Dkt. 251, 252, 253 and 254, respectively) ("Motions").

///

///

///

///

///

{00790492;1}

1  The parties stipulate to extend time for Plaintiffs to file any replies supporting the Motions
2  up to and including April 21, 2015.

3  DATED this 20th day of April, 2015.     DATED this 20th day of April, 2015.

5  By:____/s/ Craig Marquiz_____     By:     /s/ Jennifer Awrey
       CRAIG A. MARQUIZ, ESQ.                              ARTHUR F. SILBERGELD
       MARQUIZ LAW OFFICE, P.C.                            JENNIFER AWREY
6      3088 Via Flaminia Court                             Fulbright & Jaworski LLP
       Henderson, NV 89052                                 555 South Flower Street, Forty-First
7                                                          Floor, Los Angeles, California 90071
       *Attorneys for Plaintiffs Barbara Rivard-Crook;*    *Attorneys for Defendants Accelerated*
8      *Bill Crook; Ramon Corona; Monique*                 *Payment Technologies, Inc., Vegas*
       *Dechaine; Charles Drake, Jr.; Lenora Hayes;*       *Holding Corp., Great Hill Partners,*
9      *Risa Herrera; Nate Imahara; Erika Knapp;*          *LLC, Great Hill Equity Partners III, LP,*
       *Sandra Laue; John Lawrence; Arcelia*               *and Great Hill Equity Partners IV, LP*
10     *Maldonado; Kelly Stevens; Rick Wright*

12 By:___/s/ Bob Peterson_____
       C. ROBERT PETERSON, ESQ.
       NEIL B. DURRANT, ESQ.
13     WEIL & DRAGE, APC
       2500 Anthem Village Dr.
14     Henderson, NV 89052

15     *Attorneys for Consolidated Plaintiffs Todd*
       *Granat; Steve Gautier; Ryan Brennan; Terry*
16     *Conners; Neil Maglaya; Larry Bright*

IT IS SO ORDERED.

Dated: April 21. 2015

_____
U.S. District Judge

**WEIL & DRAGE, APC**
2500 Anthem Village Drive
Henderson, Nevada 89052
Phone:   (702) 314-1905
Fax:     (702) 314-1909

{00790492;1}

Page 2 of 3