1

2

**Marquiz Law Office**
Professional Corporation

3

3088 Via Flaminia Court
Henderson, NV 89052
Phone: (702) 263-5533
Fax: (702) 263-5532

4

5

Craig A. Marquiz, Esq.
NV Bar #7437
MarquizLaw@cox.net
Attorney for Plaintiffs

6

7

8

9

## UNITED STATES DISTRICT COURT

10

## DISTRICT OF NEVADA

11

BARBARA RIVARD-CROOK; BILL CROOK;
RAMON CORONA; MONIQUE DECHAINE;
CHARLES DRAKE, JR.; LENORA HAYES;
RISA HERRERA; NATE IMAHARA; ERIKA
KNAPP; SANDRA LAUE; JOHN
LAWRENCE; ARCELIA MALDONADO;
KELLY STEVENS; RICK WRIGHT,

12

13

14

Case No. 2:10-cv-02215-MMD-GWF

**STIPULATION TO EXTEND THE
PARTIES' DEADLINE FOR
SUBMISSION OF THEIR JOINT
PROPOSED PRETRIAL
MEMORANDUM BY FORTY-FIVE
(45) DAYS**

15

Plaintiffs,

16

v.

17

ACCELERATED PAYMENT
TECHNOLOGIES, INC., a Delaware
Corporation; and DOES 1 through 100, inclusive,

18

(First Request)

19

Defendants.

20

21

AND CONSOLIDATED ACTIONS

22

23

        The parties, by and through their respective counsel of record, hereby Stipulate to Extend

24

the parties' deadline for submission of their Joint Proposed Pretrial Memorandum by forty-five

25

(45) days (i.e., from February 18, 2016 until April 4, 2016).  In this regard, given the voluminous

26

record at issue (i.e., hundreds of thousands of pages of exhibits and over 45 deposition

27

transcripts) and the extensive legal issues that must be summarized for the Court, additional time

28

is needed to complete the joint submission.  Notably, however, the requested extension will:

(1) enable the parties to meaningfully condense the voluminous record for trial, eliminating duplicative exhibits where appropriate; (2) streamline the legal issues that will be presented to the jury, including, without limitation, submission of stipulated findings of fact which, in turn, should reduce the number of trial days required; and (3) afford the parties several meet and confer opportunities whereby they can revisit the appropriateness of participating in another settlement conference and/or proceeding with trial.

RESPECTFULLY SUBMITTED this 26th day of January, 2016.

Marquiz Law Office
Professional Corporation

By:   /s/ Craig A. Marquiz, Esq.
Craig A. Marquiz, Esq.
3088 Via Flaminia Court
Henderson, NV 89052
Attorney for the Rivard-Crook Plaintiffs

Weil & Drage, APC

By:   /s/ C. Robert Peterson, Esq.
Neil B. Durrant, Esq.
C. Robert Peterson, Esq.
2500 Anthem Village Dr.
Henderson, NV 890052
Attorney for Consolidated Plaintiffs

Norton Rose Fulbright

By:   /s/ Arthur Silbergeld, Esq.
Arthur Silbergeld, Esq.
Jennifer A. Awrey, Esq.
555 South Flower St., 41st Floor
Los Angeles, CA 90071
Attorney for Defendants

Snell & Wilmer

By:   /s/ Karl O. Riley, Esq.
Karl O. Riley, Esq.
3883 Howard Hughes Pkwy.
Suite 1100
Las Vegas, NV 890169
Attorney for Defendants

**ORDER**

IT IS SO ORDERED.

DATE:   January 27, 2016   _____

United States District Court Judge

2