**Marquiz Law Office**
Professional Corporation

3088 Via Flaminia Court
Henderson, NV 89052
Phone: (702) 263-5533
Fax: (702) 263-5532

Craig A. Marquiz, Esq.
NV Bar #7437
MarquizLaw@cox.net
Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BARBARA RIVARD-CROOK; BILL CROOK; RAMON CORONA; MONIQUE DECHAINE; CHARLES DRAKE, JR.; LENORA HAYES; RISA HERRERA; NATE IMAHARA; ERIKA KNAPP; SANDRA LAUE; JOHN LAWRENCE; ARCELIA MALDONADO; KELLY STEVENS; RICK WRIGHT, <br><br>Plaintiffs, <br><br>v. <br><br>ACCELERATED PAYMENT TECHNOLOGIES, INC., a Delaware Corporation; and DOES 1 through 100, inclusive, <br><br>Defendants. | Case No. 2:10-cv-02215-MMD-GWF <br><br>**STIPULATION TO DISMISS WITH PREJUDICE** |
| AND CONSOLIDATED ACTIONS | |

The parties having resolved any and all claims, actions or causes of action arising out of, related to or connected with the underlying lawsuit and consolidated actions, hereby stipulate and agree to dismiss all such matters with prejudice, and for each party to bear his, her or its own attorneys' fees and costs.

RESPECTFULLY SUBMITTED this 5th day of January, 2017.

**Marquiz Law Office**
Professional Corporation

By: /s/ Craig A. Marquiz, Esq.
Craig A. Marquiz, Esq.
3088 Via Flaminia Court
Henderson, NV 89052
Attorney for Rivard-Crook Plaintiffs

**Weil & Drage, APC**

By: /s/ Neil B. Durrant, Esq.
Neil B. Durrant, Esq.
C. Robert Peterson, Esq.
2500 Anthem Village Dr.
Henderson, NV 890052
Attorneys for Consolidated Plaintiffs

**Thompson Coburn**

By: /s/ Arthur Silbergeld, Esq.
Arthur Silbergeld, Esq.
Nicole M. Rivers, Esq.
2029 Century Park East, 19th Floor
Los Angeles, CA 90067
Attorneys for Defendants

**Snell & Wilmer**

By: /s/ Karl O. Riley, Esq.
Karl O. Riley, Esq.
3883 Howard Hughes Pkwy.
Suite 1100
Las Vegas, NV 890169
Attorney for Defendants

**ORDER**

IT IS SO ORDERED.

DATE: January 6, 2017

_____
United States District Court Judge